```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | CRIMINAL 03-10329-PBS |
| ) | |
| JACKSON NASCIMENTO, ) | |
| KAMAL LATTIMORE, and ) | |
| LANCE TALBERT, ) | |
| ) | |
| Defendants. ) | |

**PROCEDURAL ORDER**

December 6, 2005

Saris, U.S.D.J.

After reading the pre-sentence reports and the briefs, I order as follows:

1. The Probation Officers shall provide alternative calculations based on the government's approach, and explain better why application note 4 to U.S.S.G. §2E1.1 (applicable to statutory provision 18 U.S.C. §§1962, 1963) applies to §2E1.3 (applicable to 18 U.S.C. §1959). An important issue may be which sentencing guidelines book is applicable. There is insufficient evidence that the enterprise continued beyond 2001 and most of the conduct occurred in 1998 and 1999. Counsel are invited to brief the issue and object to any alternative calculations.

2. The government shall provide Probation with a different version of offense conduct which better tracks the jury verdict. The chart shall be revised or dropped. The PSR shall clearly

delineate what count each defendant was convicted of and which racketeering acts. Since the government states that it is not asking the Court to consider acquitted conduct, that conduct shall not be described in the offense conduct section. The murder of Khari Rattigan shall not be included as proposed relevant conduct unless the government intends to prove it by testimony.

3. Probation shall also make recommendations concerning the effect of the pending state sentences if application note 4 is not applicable under §2E1.3.

4. All supplementation of the PSR shall be filed by December 9, 2005. A new offense conduct section shall be proposed by the government on December 9, 2005. Any objections or new briefing shall be filed by December 13, 2005. The sentencing hearing shall begin on December 15, 2005. If an additional date is needed to address these issues, it will be scheduled at the time.

**S/PATTI B. SARIS**
United States District Judge