UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACKSON NASCIMENTO,<br>　　　　Petitioner,<br><br>　　　　v.<br><br>UNITED STATES OF AMERICA,<br>　　　　Respondent. | )<br>)<br>)<br>)<br>)　CIVIL ACTION NO. 03-10329-PBS<br>)<br>)<br>)<br>) |

**ALLOWANCE OF**
**CERTIFICATE OF APPEALABILITY**

December 8, 2009

SARIS, U.S.D.J.

　　Pursuant to 28 U.S.C. § 2253(c)(3) and 1st Cir. R. 22.1, I **ALLOW** a certificate of appealability on the issue of ineffective assistance of counsel, a claim which I rejected in my Order dated May 26, 2009.

　　　　　　　　　　　　　　　_/s/ Patti B. Saris
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　PATTI B. SARIS
　　　　　　　　　　　　　　　United States District Judge